UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL LAMONT PRINCE, | 1: 06 CV 0105 AWI WMW HC |
| Petitioner, | ORDER DENYING AS MOOT MOTION TO EXPEDITE PETITION |
| v. | [Doc. 6] |
| A. P. KANE, | |
| Respondent. | |

Petitioner is a prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Section 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 5, 2006, Petitioner filed an ex parte motion to expedite this writ, asking the court to set a briefing schedule. An answer was filed by Respondent in this case on May 15, 2007.

1  Accordingly, Petitioner's motion to expedite the writ is HEREBY DENIED as moot.

3  IT IS SO ORDERED.

4  **Dated:   May 31, 2007**              /s/  William M. Wunderlich
                                           UNITED STATES MAGISTRATE JUDGE