UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CORNELL LAMONT PRINCE, | ) | 1:06-CV-0105 WMW HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE |
| A. P. KANE, | ) | (DOCUMENT #13) |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 14, 2007, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his traverse. IT IS SO ORDERED.

**Dated:   July 23, 2007**           /s/  **William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE